IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PAUL SHARP | * | |
| AND | * | |
| MARY FRANCES SHARP, his wife | * | |
| | * | |
| Plaintiffs | * | BML NO. 4 |
| | * | |
| vs. | * | CIVIL ACTION NO. |
| | * | 92-16 |
| NATIONAL GYPSUM | * | |
| COMPANY, et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

## ORDER

AND NOW this 27th day of August, 2001, upon consideration of Plaintiffs' Motion, it is ORDERED that the Plaintiffs be granted leave to file an amended Complaint.

_____
United States District Judge

Charles R. Weiner